**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ISAAC T. WASHINGTON, #72148-004**                                                                 **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 5:08-cv-342-DCB-MTP**

**HARLEY LAPPIN, et al.**                                                                                **DEFENDANTS**

ORDER

Upon consideration of the *Bivens*[1] complaint filed by the Plaintiff in the above entitled action, and having liberally construed said complaint, the Court concludes that the Plaintiff is required to provide additional information.[2] Accordingly, it is hereby,

ORDERED:

1. That on or before June 30, 2009, Plaintiff shall file a written response to:

(a) specifically state how Defendant Harley Lappin violated Plaintiff's constitutional rights;

(b) specifically state how Defendant Bruce Pearson violated Plaintiff's constitutional rights;

(c) Plaintiff is directed to provide the Court with the full name of Defendant Unknown Crockett and specifically state how Defendant Unknown Crockett violated Plaintiff's constitutional rights;

(d) Plaintiff is directed to provide the Court with the full name of Defendant Unknown Chambers;

(e) Plaintiff is directed to provide the Court with the full name of Defendant Unknown Clarkson; and

(f) Plaintiff is directed to provide the Court with the full name of Defendant Unknown

---

[1] *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).

[2] Plaintiff filed the instant civil action on December 24, 2008. Plaintiff subsequently filed a notice of appeal on February 24, 2009 which was dismissed by the United States Court of Appeals for the Fifth Circuit on June 8, 2009 for want of prosecution.

Million and specifically state how Defendant Unknown Million violated Plaintiff's constitutional rights

**2. That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by Plaintiff and will result in this cause being dismissed and without further notice to Plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

THIS the ___11th___ day of June, 2009.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE