IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ISAAC T. WASHINGTON, #72148-004**     **PLAINTIFF**

**VERSUS**     **CIVIL ACTION NO. 5:08-cv-342-DCB-MTP**

**HARLEY LAPPIN, et al.**     **DEFENDANTS**

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  7th  day of September, 2009.


                     s/David Bramlette
                     UNITED STATES DISTRICT JUDGE